UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED SEP 24 2010**
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| ANTONIO COLBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-1626 |
| ) | |
| JUDGE MICHAEL J. McCARTNY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff sues Judge McCarny because he "like many other harassed [plaintiff] and discriminated against [him], using and abusing" the authority of his office. Compl. at 2. He alleges that the defendant has accepted a bribe and he accuses the defendant of "perverting justice with sick rebellious ways!" *Id.* Nowhere in the complaint does plaintiff include a short and plain statement of a claim showing his entitlement to relief or a basis for the court's jurisdiction. For these reasons, the complaint fails to comply with Rule 8(a), and, therefore, it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

/s/ _____
United States District Judge

DATE: August 31, 2010